460 A.2d 859

Commonwealth v. Waters, Appellant.

Before CIRILLO, JOHNSON and MONTEMURO, JJ.

Order denying P.C.H.A. relief is affirmed.

460 A.2d 859

Commonwealth v. Whitehead, Appellant.

Petition for Allowance of Appeal
Denied Nov. 22, 1983.

Before HESTER, WICKERSHAM and POPOVICH, JJ.

Order and judgment affirmed.